UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SIMEON FONTAINE,<br><br>   Defendant. | Case No. 25-MJ-156 |

**UNITED STATES' MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(A)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion. Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the complaint against the defendant without prejudice.

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

By:  /s/ Michael L. Barclay
MICHAEL L. BARCLAY
Assistant United States Attorney
N.Y. Bar Reg. No. 5441423
601 D Street, N.W., 5.230
Washington, D.C. 20530
(202) 252-7669
michael.barclay@usdoj.gov

1